NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHASMIND DAVID MILLER, an individual,

Plaintiff-Appellant,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, a Maryland
corporation; LHM CORPORATION ACJ,

Defendants-Appellees.

No. 20-15900

D.C. No. 2:19-cv-04350-JJT

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
John Joseph Tuchi, District Judge, Presiding

Submitted May 18, 2021[**]

Before:     CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

Chasmind David Miller appeals pro se from the district court's judgment

dismissing his diversity action alleging contractual violations arising out of the

purchase of an automobile and an insurance policy.  We have jurisdiction under 28

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291. We review for an abuse of discretion. *Lal v. California*, 610 F.3d 518, 523 (9th Cir. 2010) (dismissal for failure to prosecute); *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002) (dismissal for failure to comply with a court order). We affirm.

The district court did not abuse its discretion by dismissing Miller's action under Federal Rule of Civil Procedure 41(b) because Miller failed to communicate with defense counsel in a timely manner, made misrepresentations to the court regarding discovery, and took no action to rectify discovery and scheduling issues, despite being warned that failure to do so could result in dismissal. *See Pagtalunan*, 291 F.3d at 642-43 (discussing factors to consider in determining whether to dismiss for failure to prosecute or failure to comply with a court order and noting that dismissal should not be disturbed absent "a definite and firm conviction" that the district court "committed a clear error of judgment" (citation and internal quotation marks omitted)).

The district court did not abuse its discretion by declining to rule on Miller's opposed motion for summary judgment or motion to compel while discovery was ongoing. *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) (setting forth standard of review and noting a district court's "considerable latitude in managing the parties' motion practice").

We reject as meritless Miller's contentions that the district judge was

prejudiced or biased.

To the extent Miller's letter filing (Docket Entry No. 15) seeks relief, any request is denied.

**AFFIRMED.**